ENTERED ON DOCKET 11/27/01 PURSUANT TO PRCP RULES 58 & 79a

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MANUEL GONZALEZ SOBERAL | * |
| PETITIONER, | * |
| VS. | *   CIVIL NO. 98-1292 (JAF) |
| | CR. NO. 94-197 (JAF) |
| UNITED STATES OF AMERICA | * |
| | * |
| RESPONDENT. | |
| ----------------------------------------X | |

## JUDGMENT

Pursuant to Court's order entered in Cr. No. 94-197 (JAF), in the above captioned case, file is now closed.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of November, 2001.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
REBECCA AGOSTINI - DEPUTY CLERK